United States District Court
Southern District of Texas
**ENTERED**
January 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GWENDOLYNE PORTOCARRERO, § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 1:21-CV-00105 |
| EAST RIO HONDO WATER SUPPLY § CORPORATION, § § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Agreed Stipulation of Dismissal with Prejudice" (Dkt. No. 12). Accordingly, the parties' claims are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on January 28, 2022.

_____
Rolando Olvera
United States District Judge

1 / 1